Fill in this information to identify the case:

United States Bankruptcy Court for the:
Southern District of New York (State)

Case number (If known): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☐ Chapter 7
   ■ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**

   Xinyuan Real Estate Co., Ltd.

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ■ Unknown

   ___ – _____
   EIN

5. **Debtor's address**

   Principal place of business:
   27/F, China Central Place, Tower II
   Number    Street
   79 Jianguo Road, Chaoyang District
   Beijing                              100025
   City              State    ZIP Code

   People's Republic of China
   County

   Mailing address, if different:
   Number    Street
   P.O. Box
   City              State    ZIP Code

   Location of principal assets, if different from principal place of business:
   Number    Street
   City              State    ZIP Code

Official Form 205    Involuntary Petition Against a Non-Individual    page 1

Debtor  Xinyuan Real Estate Co., Ltd.          Case number (if known) _____
       Name

**6. Debtor's website (URL)**   xyre.com

**7. Type of debtor**
- ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other type of debtor. Specify: _____

**8. Type of debtor's business**

Check one:
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the types of business listed.
- ☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
- ☒ No
- ☐ Yes. Debtor _____ Relationship _____
  District _____ Date filed _____ Case number, if known _____
  MM / DD / YYYY

  Debtor _____ Relationship _____
  District _____ Date filed _____ Case number, if known _____
  MM / DD / YYYY

**Part 3: Report About the Case**

**10. Venue**

Check one:
- ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*
- ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**
- ☐ No
- ☒ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205     Involuntary Petition Against a Non-Individual     page 2

Debtor  Xinyuan Real Estate Co., Ltd.
Name

Case number (if known) _____

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Cithara Global Multi-Strategy SPC - Bosideng Industry Investment Fund SP | 14.0% Senior Notes Due 2024 | $ 58,500,000 |
| Star Freight & Trading Co., Limited | 14.0% Senior Notes Due 2024 | $ 300,000 |
| Mars Partner Limited | 14.0% Senior Notes Due 2024 | $ 7,000,000 |
| | Total of petitioners' claims | $ 65,800,000 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

**Part 4: Request for Relief**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner
Cithara Global Multi-Strategy SPC - Bosideng Industry Investment Fund SP
Name

Room 3607-3608, 36/F, ICBC Tower, 3 Garden Road, Central
Number   Street

Hong Kong    Hong Kong
City         State         ZIP Code

Name and mailing address of petitioner's representative, if any
Zhang Jun, Director
Name

_____
Number   Street

_____
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03 / 03 / 2025
             MM  / DD  / YYYY

X _____
Signature of petitioner or representative, including representative's title

**Attorneys**

Paul R. DeFilippo
Printed name

Wollmuth Maher & Deutsch LLP
Firm name, if any

500   Fifth Avenue
Number   Street

New York           NY       10110
City               State    ZIP Code

Contact phone  212-382-3300   Email  pdefilippo@wmd-law.com

Bar number  2980191

State  New York

X  /s/ Paul R. DeFilippo
Signature of attorney

Date signed  04 / 14 / 2025
             MM / DD / YYYY

| | |
|---|---|
| Debtor **Xinyuan Real Estate Co., Ltd.** | Case number (if known) _____ |
| Name | |

**Name and mailing address of petitioner**

Name: Star Freight & Trading Co., Limited
Number Street: Flat 1109, 11/F, 118 Connaught Road West
City: Hong Kong    State: Hong Kong    ZIP Code:

**Name and mailing address of petitioner's representative, if any**

Name: Zhu Yu Xiang, Director
Number Street:
City:    State:    ZIP Code:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/03/2025
MM / DD / YYYY

X [signature]
Signature of petitioner or representative, including representative's title

Printed name: _____
Firm name, if any: _____
Number Street: _____
City: ___ State: ___ ZIP Code: ___
Contact phone: ___ Email: ___
Bar number: ___
State: ___

X _____
Signature of attorney

Date signed _____
MM / DD / YYYY

---

**Name and mailing address of petitioner**

Name: Mars Partner Limited
Number Street: Vistra Corporate Services Centre, Wickhams Cay II, Road Town
City: Tortola    State: British Virgin Islands    ZIP Code:

**Name and mailing address of petitioner's representative, if any**

Name: Song Yan, Director
Number Street: RM B 45 /F BLK 2, 80 Robinson Road
City: Hong Kong    State: Hong Kong    ZIP Code:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/03/2025
MM / DD / YYYY

X [signature]
Signature of petitioner or representative, including representative's title

Printed name: _____
Firm name, if any: _____
Number Street: _____
City: ___ State: ___ ZIP Code: ___
Contact phone: ___ Email: ___
Bar number: ___
State: ___

X _____
Signature of attorney

Date signed _____
MM / DD / YYYY