# EXHIBIT C

WOLLMUTH MAHER & DEUTSCH LLP
Paul R. DeFilippo, Esq.
James N. Lawlor, Esq.
Ryan A. Kane, Esq.
500 Fifth Avenue, 12th Floor
New York, New York 10110
Tel: (212) 382-3300
Fax: (212) 382-0050
Email: pdefilippo@wmd-law.com
　　　　jlawlor@wmd-law.com
　　　　rkane@wmd-law.com

*Counsel to Cithara Global Multi-Strategy SPC - Bosideng Industry Investment Fund SP, Star Freight & Trading Co., Limited, and Mars Partner Limited.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>XINYUAN REAL ESTATE CO., LTD.,<br><br>　　　　　Debtor. | Chapter 11<br><br>Case No.: 25-_____ (___) |

**CITHARA GLOBAL MULTI-STRATEGY SPC - BOSIDENG INDUSTRY INVESTMENT FUND SP'S CORPORATE DISCLOSURE STATEMENT**

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure Rule 8012 and Federal Rule of Civil Procedure 7.1, counsel for Cithara Global Multi-Strategy SPC - Bosideng Industry Investment Fund SP ("Cithara") certifies that Cithara has no parent company and no publicly held corporation owns 10% or more of Cithara.

Dated: April 14, 2025

/s/ *Paul R. DeFilippo*
**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
James N. Lawlor, Esq.
Ryan A. Kane, Esq.
500 Fifth Avenue
New York, NY 10110
Telephone:  (212) 382-3300
Facsimile:  (973) 741-2398
Email:  pdefilippo@wmd-law.com
           jlawlor@wmd-law.com
           rkane@wmd-law.com

*Counsel to Cithara Global Multi-Strategy SPC - Bosideng Industry Investment Fund SP, Star Freight & Trading Co., Limited, and Mars Partner Limited.*