# EXHIBIT D

WOLLMUTH MAHER & DEUTSCH LLP
Paul R. DeFilippo, Esq.
James N. Lawlor, Esq.
Ryan A. Kane, Esq.
500 Fifth Avenue, 12th Floor
New York, New York 10110
Tel: (212) 382-3300
Fax: (212) 382-0050
Email: pdefilippo@wmd-law.com
   jlawlor@wmd-law.com
   rkane@wmd-law.com

*Counsel for Cithara Global Multi-Strategy SPC - Bosideng Industry Investment Fund SP, Star Freight & Trading Co., Limited, and Mars Partner Limited.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| XINYUAN REAL ESTATE CO., LTD., | Case No.: 25-_____ (\_\_\_) |
| Debtor. | |

**DECLARATION OF SONG YAN ON BEHALF
OF MARS PARTNER LIMITED PURSUANT TO
FEDERAL RULE OF BANKRUPTCY PROCEDURE 1003(a)**

I, Song Yan, hereby declare under penalty of perjury under the laws of the United States:

1. I make this declaration on behalf of Mars Partner Limited ("Petitioning Creditor") in connection with the above-captioned involuntary chapter 11 case (the "Chapter 11 Case") filed by Petitioning Creditor and other petitioning creditors against Xinyuan Real Estate Co., Ltd. (the "Debtor"). I am familiar with the facts set forth herein through my own personal knowledge or through a review of documents related to Petitioning Creditor's claims against the Debtor. If

called to testify in connection with this Chapter 11 Case, the following would constitute my testimony.

2. I am a Director of Mars Partner Limited, a Petitioning Creditor of the Debtor.

3. The Petitioning Creditor holds a claim against the Debtor in the aggregate amount of at least $7,000,000 (plus applicable interest, fees, and other charges) with regard to the 14.0% Senior Notes Due 2024 (the "Notes") issued by the Debtor pursuant to an indenture dated as of January 25, 2021, governing the Notes (the "Indenture"). Petitioning Creditor's holding of the Notes were acquired on or about February 23, 2024 as reflected in the attached documents. The consideration paid or received by the Petitioning Creditor in connection with each purchase of the Notes is also reflected in the attached documents.

4. Petitioning Creditor acquired its claims on the open market for investment purposes and not for the purpose of commencing this Chapter 11 Case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 3, 2025
Hong Kong, China

_____
Song Yan

2

# VISION

Vision Capital International Holdings Limited
Suite 3609, 36/F, ICBC Tower, Three Garden Road, Central, Hong Kong
Website: www.vcihl.com   Tel: 2153 9888   Fax: 2153 9288
HKEX Broker Number: 7285   SFC CE No.:BGH560
Statement Date:   23 Feb 2024

Account Number:   86024811

## DAILY STATEMENT

Page:   1 / 2

MARS PARTNER LTD.
Room 3607-08, Floor 36th, ICBC Tower,, 3 Garden Road,
Central, Hong Kong, China

Print Date:   23 Feb 2024
Account Type:   Cash
AE Code:   103
AE Name:   House Team

## Account Summary

Credit Limit: HKD 0.00

Cash account overdue interest: HKD (10.0000%), CNY (10.0000%), USD (10.0000%)

Exchange Rate: CNY:HKD (1.0854), USD:HKD (7.8240)

| Account | HKD | CNY | USD | HKD Equivalent |
|---|---|---|---|---|
| Cash Balance | | | | |
| Stock Portfolio | | | | |
|   Stock | | | | |
|   Warrant / CBBC | | | | |
|   Bond | | | | |
|   Others | | | | |
| Accrued Interest | | | | |
| On Hold | | | | |
| Total | | | | |

## Cash Position

Currency: USD

| Date | 23 Feb 2024 | 26 Feb 2024 | 27 Feb 2024 |
|---|---|---|---|
| Cash B/F | | | |
| Net Bought(-) / Sold(+) Amount | | | |
| Cash Transaction | | | |
| Cash Balance | | | |

## Stock Portfolio

| Stock Code | Stock Name | Quantity B/F | Quantity In | Quantity Out | Quantity C/F | Average Cost | Close | Currency | Market Value |
|---|---|---|---|---|---|---|---|---|---|
| XS2290806954 | XIN 14% 01/25/24 | 7,000,000 | | | 7,000,000 | N/A | 1.000 | USD | 1,260,000.00 |

*=Suspended Stock

## Shares In / Out

| Date | Settlement Date | Stock | Type | Quantity In | Quantity Out | Deposit | Withdraw | Remark |
|---|---|---|---|---|---|---|---|---|
| 23 Feb 2024 | 23 Feb 2024 | XS2290806954 | Manual Voucher | 7,000,000 | | 1,260,000.00 | | USD BUY 7 mio of XIN 14% 01/25/24 (XS2290806954)@18 price on 23/02/2024, AI: USD 0 CADJ: 1,260,000.00 |

CADJ: Cash Adjustment

***END OF REPORT***

## Important Notice

1. This is a computer-generated statement, no signature is required and is deemed to be correct if no discrepancies are reported within two days from the date the said statement was sent.
2. This statement also represents the receipt of client security/money.
3. Unless otherwise specified, all transactions are completed by Vision Capital as a broker in the HKEx.
4. The stamp duty imprinted herein has been or will be paid through the HKEx.
5. The above stated transaction levy and trading fee are collected on behalf of the SFC and the HKEx and will be paid to the HKEx.

# VISION

Vision Capital International Holdings Limited
Suite 3609, 36/F, ICBC Tower, Three Garden Road, Central, Hong Kong
Website: www.vcihl.com    Tel: 2153 9888    Fax: 2153 9288
HKEX Broker Number: 7285    SFC CE No.:BGH560

Statement Date:    23 Feb 2024

| Account Number: | 86024811 | **DAILY STATEMENT** | Page: | 2 / 2 |

6. The stock market is a rapidly changing market and there is an inherent risk of incurring loss in share dealing.
7. According to the Securities and Futures Ordinance, the securities deposited from the cash client (later to be received by the Company) are for custodian purposes and those from margin clients are act as collateral.
8. In the event of a default committed by the Exchange Participants ("Participants") resulting in the clients suffering pecuniary loss, the liability of the Investor Compensation Fund will be restricted to valid claims as prescribed by the Securities and Futures Ordinance.
9. Every transaction carried out by the Participants shall be subject to any levies which the Exchange may impose from time to time. The Participants is authorized to collect the appropriate levies in accordance with the rules prescribed by the Exchange from time to time.
10. All transactions made for or on behalf of a client shall be subject to the relevant provisions of the constitution, Exchange Rules, regulations, by-laws, customs and usages of the Exchange, the Central Clearing and Settlement System rules and of the Laws of the Hong Kong Special Administrative Region as amended from time to time, and shall be binding on both the Participant and the client.
11. The currency exchange rate is provided solely for reference purposes and used for the calculation of stock portfolio in equivalent value of Hong Kong Dollar. The actual exchange rate for currency exchange transaction will be determined by Vision Capital at the time such transactions are incurred.



Brussels, **9 October, 2024**

To:  **BANK OF CHINA (HONG KONG) LIMITED**
7/F Bank of China Building
2A Des Voeux Road, Central
HONG KONG
HONG KONG

Re:  **XINYUAN REAL ESTATE CO. LTD. REGS - 25 Jan 2024
ISIN: XS2290806954 – Common Code 229080695**

### STATEMENT OF ACCOUNT FOR THE PURPOSE OF LIQUIDATION/BANKRUPTCY CLAIM

Dear Sir, Madam,

We hereby certify that on 06 Sep 2024, BANK OF CHINA (HONG KONG) LIMITED had a holding of USD 7,000,000 of the captioned securities in Euroclear Securities Clearance Account 13309 with us.

Please note that the above holding has been blocked in such account as from settlement date 09 Oct 2024 for the purpose of liquidation / Bankruptcy claim. This holding can be unblocked only at your request and only provided that you are able to meet any further requirements we may have for unblocking your holding in the circumstances under which your request is made.

We also note that you have informed us that the above holding is allocated on your books to MARS PARTNER LTD.. In accordance with normal procedures, such information is not reflected in our books and therefore is not reviewed independently by us. Accordingly we cannot be held liable as to the accuracy of such information.

We authorize, in accordance with our Operating Procedures of the Euroclear System, the underlying Beneficial Owner of the abovementioned security to maintain proceedings against issuers, guarantors and any other parties. This is to the extent that we, our nominee, a Depository or their nominee acts as registered owner of any security held in the Euroclear System, or in any other relevant situation.

Yours sincerely,

DocuSigned by:
MATEUSZ NAWALANY
euroclear
F66BA0D26F884E1...

DocuSigned by:
Pawel Sandrzyk
euroclear
B54568CB137549C...

Euroclear SA/NV
1 Boulevard du Roi Albert II
1210 Brussels, Belgium
RPM Brussels 0423 747 369
Tel. +32 (0) 2 326 12 11
www.euroclear.com

EIDB : 77842872

Euroclear Bank SA/NV
CA Support (Global Support Team)
Tel: +32 23 26 3852
Fax:+32 23 26 1722

Euroclear Bank SA/NV
CA Support (Global Support Team)
Tel: +32 23 26 3852
Fax:+32 23 26 1722

| | |
|---|---|
| **From:** | claire.sit@citi.com |
| **To:** | Janene.Loke@ashurst.com; corporateaction.enquiry@citi.com |
| **Cc:** | Lance.Jiang@ashurst.com; Cathie.Wong@ashurst.com; at.tmg.trustee@citi.com; Joyce.Ng@ashurst.com |
| **Subject:** | RE: Guaranteed Notes issued by Xinyuan Real Estate Co., Ltd (ISIN: XS2290806954) - Common Depository and Nominee [ASH-ASIA.FID30153073] |
| **Date:** | Tuesday, November 12, 2024 4:32:34 AM |
| **Attachments:** | image001.png |
| | image002.png |

**Caution: External email.**

Dear Janene,

Thank you for your email attaching the Euroclear correspondence. I am happy to confirm that Citibank has no role in the administration of the Euroclear Operating Procedures and accordingly has no objection to the authorisations that Euroclear has provided.

Best regards

Claire

-------------------------------------------------

Claire Sit

Agency & Trust | Citi | Hong Kong

T: +852 2868 7976| E: claire.sit@citi.com

40th Floor, Champion Tower, 3 Garden Road, Central, Hong Kong

Note: For communications sent to us by physical mail or fax, please send an additional copy by email at the same time.

**Disclaimer:** The information contained in this electronic message and any attachments (the "Message") is intended for one or more specific individuals or entities, and may be confidential, proprietary, or otherwise protected by law. If you are not the intended recipient, please notify the sender immediately, delete this Message and do not disclose, distribute, or copy it to any third party or otherwise use this Message. Electronic messages are not secure or error free and can contain viruses or may be delayed, and the sender is not liable for any of these occurrences.  The sender reserves the right to monitor, record, transfer cross border and retain electronic messages.

---

**From:** [ashurst.com] Janene.Loke@ashurst.com
**Sent:** Monday, November 11, 2024 10:14 AM
**To:** Sit, Claire [SVCS] <sy46960@citi.com>; *CTS DUB EMEA Corporate Action Enquiry <corporateaction.enquiry@imceu.eu.ssmb.com>
**Cc:** Lance.Jiang@ashurst.com; Cathie.Wong@ashurst.com; at.tmg.trustee@citi.com;

Joyce.Ng@ashurst.com

**Subject:** RE: Guaranteed Notes issued by Xinyuan Real Estate Co., Ltd (ISIN: XS2290806954) - Common Depository and Nominee [ASH-ASIA.FID30153073]

Hi Claire

I hope you've had a good weekend.

We attach the updated holding proofs and proxy authorisations in respect of our clients' following holdings in the Notes:

1. USD7,000,000 in the name of Mars Partner Ltd
2. USD300,000 in the name of Star Freight and Trading Co., Limited
3. USD58,500,000 in the name of Cithara Global Multi-Strategy SPC – Bosideng Industry Investment Fund SP

Given that Euroclear has provided authorisation covering Citibank, we kindly request that Citibank also provide its consent, or in the alternative, confirm that it has no objections to the authorisation.

Many thanks.

Kind regards

Janene

**Janene Loke**
**Senior Associate**

Ashurst Hong Kong, 43/F Jardine House, 1 Connaught Place, Central, Hong Kong
D: +852 2846 8963 | M: +852 6046 7878

Assistant/Secretary: Rachael Lai D: +852 2846 8646

www.ashurst.com

Ashurst's Responsible Business Report highlights our commitment to sustainability, inclusivity, and making a positive impact Read our report here

"Most Innovative Law Firm Headquartered Outside Asia Pacific" - FT Innovative Lawyers Awards APAC 2024

---

**From:** Sit, Claire <claire.sit@citi.com>
**Sent:** Wednesday, October 9, 2024 2:56 PM
**To:** Loke, Janene 78963 <Janene.Loke@ashurst.com>; *CTS DUB EMEA Corporate Action Enquiry <corporateaction.enquiry@citi.com>
**Cc:** Jiang, Lance 78980 <Lance.Jiang@ashurst.com>; Wong, Cathie 78942 <Cathie.Wong@ashurst.com>; at.tmg.trustee@citi.com; Ng, Joyce 78660 <Joyce.Ng@ashurst.com>
**Subject:** RE: Guaranteed Notes issued by Xinyuan Real Estate Co., Ltd (ISIN: XS2290806954) - Common Depository and Nominee [ASH-ASIA.FID30153073]

> **Caution: External email.**

Hi Janene

Thank you for your email. We are not in the position to provide such confirmation. Please ask holders to raise this request to Euroclear.

Best regards

Claire

-------------------------------------------------

Claire Sit

Agency & Trust | Citi | Hong Kong

T: +852 2868 7976| E: claire.sit@citi.com

40th Floor, Champion Tower, 3 Garden Road, Central, Hong Kong

Note: For communications sent to us by physical mail or fax, please send an additional copy by email at the same time.



**Disclaimer:** The information contained in this electronic message and any attachments (the "Message") is intended for one or more specific individuals or entities, and may be confidential, proprietary, or otherwise protected by law. If you are not the intended recipient, please notify the sender immediately, delete this Message and do not disclose, distribute, or copy it to any third party or otherwise use this Message. Electronic messages are not secure or error free and can contain viruses or may be delayed, and the sender is not liable for any of these occurrences.  The sender reserves the right to monitor, record, transfer cross border and retain electronic messages.

---

**From:** [ashurst.com] Janene.Loke@ashurst.com
**Sent:** Wednesday, October 9, 2024 10:58 AM
**To:** Sit, Claire [SVCS] <sy46960@citi.com>; *CTS DUB EMEA Corporate Action Enquiry <corporateaction.enquiry@imceu.eu.ssmb.com>
**Cc:** Lance.Jiang@ashurst.com; Cathie.Wong@ashurst.com; at.tmg.trustee@citi.com; Joyce.Ng@ashurst.com
**Subject:** RE: Guaranteed Notes issued by Xinyuan Real Estate Co., Ltd (ISIN: XS2290806954) - Common Depository and Nominee [ASH-ASIA.FID30153073]

Dear Claire/ Citibank team

To follow up on our email below, please could Citibank confirm that Euroclear is the appropriate party to provide any authorizations to the beneficial holder?

We look forward to your reply.

Kind regards

Janene

# Janene Loke
### Senior Associate

Ashurst Hong Kong, 43/F Jardine House, 1 Connaught Place, Central, Hong Kong
D: +852 2846 8963 | M: +852 6046 7878

Assistant/Secretary: Rachael Lai D: +852 2846 8646
www.ashurst.com

Ashurst    is outpacing change with clients. Find out how.

"Most Innovative Law Firm Headquartered Outside Asia Pacific" - FT Innovative Lawyers Awards APAC 2024

---

**From:** Loke, Janene 78963
**Sent:** Monday, September 2, 2024 11:57 AM
**To:** Sit, Claire <claire.sit@citi.com>; *CTS DUB EMEA Corporate Action Enquiry <corporateaction.enquiry@citi.com>
**Cc:** Jiang, Lance 78980 <Lance.Jiang@ashurst.com>; Wong, Cathie 78942 <Cathie.Wong@ashurst.com>; at.tmg.trustee@citi.com
**Subject:** RE: Guaranteed Notes issued by Xinyuan Real Estate Co., Ltd (ISIN: XS2290806954) - Common Depository and Nominee [ASH-ASIA.FID30153073]

Hi Claire

Many thanks for your response.

For the sake of clarity, please could you confirm that, to the extent Citibank is the registered holder under the Indenture, Euroclear has the authority to provide authorization to the beneficial holder on behalf of Citibank.

We look forward to your reply.

Kind regards

Janene

# Janene Loke
### Senior Associate

Ashurst Hong Kong, 43/F Jardine House, 1 Connaught Place, Central, Hong Kong
D: +852 2846 8963 | M: +852 6046 7878

Assistant/Secretary: Rachael Lai D: +852 2846 8646

www.ashurst.com

Ashurst is outpacing change with clients. **Find out how**.

"Most Innovative Law Firm Headquartered Outside Asia Pacific" - FT Innovative Lawyers Awards APAC 2024

---

**From:** Sit, Claire <claire.sit@citi.com>
**Sent:** Tuesday, August 13, 2024 3:44 PM
**To:** Loke, Janene 78963 <Janene.Loke@ashurst.com>; *CTS DUB EMEA Corporate Action Enquiry <corporateaction.enquiry@citi.com>
**Cc:** Jiang, Lance 78980 <Lance.Jiang@ashurst.com>; Wong, Cathie 78942 <Cathie.Wong@ashurst.com>; at.tmg.trustee@citi.com
**Subject:** RE: Guaranteed Notes issued by Xinyuan Real Estate Co., Ltd (ISIN: XS2290806954) - Common Depository and Nominee [ASH-ASIA.FID30153073]

> **Caution: External email.**

Hi Janene

Thank you for your email. Please ask holders to raise this request to the clearing systems. We will also forward your request to the nominee.

If you have any further enquiry, please provide update proof of holdings.

Best regards

Claire

-------------------------------------------------
Claire Sit
Agency & Trust | Citi | Hong Kong
T: +852 2868 7976| E: claire.sit@citi.com

40th Floor, Champion Tower, 3 Garden Road, Central, Hong Kong
Note: For communications sent to us by physical mail or fax, please send an additional copy by email at the same time.

**Disclaimer:** The information contained in this electronic message and any attachments (the "Message") is intended for one or more specific individuals or entities, and may be confidential, proprietary, or otherwise protected by law. If you are not the

intended recipient, please notify the sender immediately, delete this Message and do not disclose, distribute, or copy it to any third party or otherwise use this Message. Electronic messages are not secure or error free and can contain viruses or may be delayed, and the sender is not liable for any of these occurrences.  The sender reserves the right to monitor, record, transfer cross border and retain electronic messages.

**From:** [ashurst.com] Janene.Loke@ashurst.com
**Sent:** Tuesday, August 13, 2024 10:27 AM
**To:** *CTS DUB EMEA Corporate Action Enquiry <corporateaction.enquiry@imceu.eu.ssmb.com>
**Cc:** Lance.Jiang@ashurst.com; Cathie.Wong@ashurst.com; Sit, Claire [SVCS] <sy46960@citi.com>; at.tmg.trustee@citi.com
**Subject:** Guaranteed Notes issued by Xinyuan Real Estate Co., Ltd (ISIN: XS2290806954) - Common Depository and Nominee [ASH-ASIA.FID30153073]

Dear Citi team

We refer to the 14.0% Senior Notes due 2024 (ISIN: XS2290806954) (the "**Notes**") issued by Xinyuan Real Estate Co., Ltd (the "**Issuer**") and guaranteed by the Subsidiary Guarantors (as defined in the Indenture dated 25 January 2021) (the "**Guarantors**").

Our clients, Cithara Global Multi-Strategcy SPC – Bosideng Industry Investment Fund SP, Mars Partner Ltd., and Star Freight & Trading Co., Limited, are holders of a certain amount of the Notes.  Please find attached the relevant proof of holdings for your reference.

We are writing to you in your capacities as the common depositary appointed for the Notes (the "**Common Depositary**", i.e., Citibank Europe plc) and the nominee of the Common Depositary (the "**Nominee**", i.e., Citivic Nominees Limited).

As you may be aware, the Notes are currently in default.  In order to ensure all possible remedies can be pursued against the Issuer and/or the Guarantors and to safeguard the interest of our clients as the holders of the Notes, we would be grateful if the Nominee can issue a letter of proxy authorising the commencement and maintenance of proceedings against the Issuer and the Guarantors in relation to the Notes up to the following amounts as beneficially held by our clients, i.e.:

(i)     US$90,500,000 in the name of Cithara Global Multi-Strategcy SPC – Bosideng Industry Investment Fund SP;

(ii)    US$7,000,000 in the name of Mars Partner Ltd.; and

(iii)   US$300,000 in the name of Star Freight & Trading Co., Limited.

We note that the terms of such authorisation are consistent with the position taken in the Operating Procedures of the Euroclear System.

Given the urgency, and the importance to our clients, of resolving the current default scenario, it will be much appreciated if such letter of proxy can be issued by the close of

business on 16 August 2024 if possible.

Please do not hesitate to contact us if there are any queries in relation to the request. We look forward to hearing back from you favourably.

Yours faithfully

Ashurst team

# Janene Loke
**Senior Associate**

Ashurst Hong Kong, 43/F Jardine House, 1 Connaught Place, Central, Hong Kong
D: +852 2846 8963 | M: +852 6046 7878
www.ashurst.com

 is outpacing change with clients. Find out how.

Visit our Powering Change webpage for insights on the technologies fuelling the future.

This email (including any attachments) is confidential and may be privileged. It may be read, copied and used only by the intended recipient. If you have received it in error, please contact the sender immediately. Please then delete the email and do not disclose its contents to any person.

General Email Disclaimer

The information contained in this electronic message and any attachments (the "Message") is intended for one or more specific individuals or entities and may be confidential, proprietary, privileged or otherwise protected by law. If you are not the intended recipient, please notify the sender immediately, delete this Message and do not disclose, distribute, or copy it to any third party or otherwise use this Message. Citigroup and its affiliates reserve the right to monitor, record and retain electronic messages.

Unless agreed to or confirmed in writing prior to and separately from a Message, no Message shall be construed as any (i) offer or invitation to any offer, or assumption of any obligation, by Citigroup or any of its affiliates, or (ii) commitment of, or binding on, Citigroup or any of its affiliates, to make any investment, financial or any other transaction.

This Message may include a description of a trade idea and/or trading strategy based on an assessment of current market conditions, which may change quickly. Derivative transactions, including swaps, give rise to substantial risk and are not suitable for all investors and/or market participants. In addition, any proposed transaction could have accounting, tax, legal or other implications. Prior to entering into any transaction, you should determine, without reliance on Citi, the economic risks or merits, as well as the legal, tax and accounting characteristics and consequences of the transaction and that you are able to assume these risks. There can be no assurance that any transaction or trading strategy discussed herein will not result in losses due to the unpredictability of markets, mistaken assumptions and/or other factors.

Electronic messages are not secure or error free and can contain viruses or may be delayed. You should take suitable measures to protect your personal information when using electronic conferencing applications/channels. Please make sure that your login credentials should be properly safeguarded and cannot be shared with any person. If you have any concerns on the identity of the callers/participants or aware of any irregularities, you should leave the conferencing application/channel immediately and contact us for assistance. The sender, Citigroup and its affiliates have no responsibility or liability for interception, alteration, unauthorized access and/or misuse of any information and for any resultant breach of confidentiality including due to any of the circumstances listed above, and further shall not be held responsible or liable for any error, or delays arising out of systems failures, disruptions, and other events or circumstances that are not within our control.

Citi specifically prohibits the redistribution of this Message in whole or in part without the prior written permission of Citi and Citi accepts no liability whatsoever for the actions of third parties in this respect.

Copyright © 2024 Citigroup Inc. and/or its affiliates. All rights reserved. CITI, CITI and Arc Design, CITIBANK and CITIGROUP are trademarks and service marks of Citigroup Inc. and/or its affiliates and are used and registered throughout the world.

Please go to https://www.citivelocity.com/cv-content-web/storage/disclaimer/eppublic/file/Consolidated-Markets-and-Securities-Services-

Disclaimer.html for other important disclosures.

---

The information contained in this electronic message and any attachments (the "Message") is intended for one or more specific individuals or entities, and may be confidential, proprietary, or otherwise protected by law. If you are not the intended recipient, please notify the sender immediately, delete this Message and do not disclose, distribute, or copy it to any third party or otherwise use this Message. Electronic messages are not secure or error free and can contain viruses or may be delayed, and the sender is not liable for any of these occurrences. The sender reserves the right to monitor, record, transfer cross border and retain electronic messages.

If the information contained in this communication, and in any related discussions, relates to IBOR transition, such information has been prepared by Citi solely as an informational service to and for the sole use of Citi clients to report on aspects of IBOR benchmark transitioning that may be of interest to them. The information is general and may not reflect recent developments and must not be considered as advice. We do not accept any obligation to you to update or correct this information. It is not, and should not be construed as, a recommendation to enter into any transaction, nor to seek to transition from IBOR benchmarks at / in any particular time, date or manner. Citi accepts no responsibility or liability to you with respect to the use of this communication, its contents, and/or any related discussions. You should review your portfolio of contracts referencing IBOR benchmarks, consider the remediation paths (and related timings/consents) and whether you require independent professional advice (whether legal, accountancy, tax or other advice) if you have specific questions or concerns about the matters addressed in this communication and/or any related discussions. Citi will support clients with their transition from IBOR benchmarks, but cannot comment on whether / when and / or how other clients may intend to transition from IBOR benchmarks: Citi respects the confidentiality of its clients.

This email (including any attachments) is confidential and may be privileged. It may be read, copied and used only by the intended recipient. If you have received it in error, please contact the sender immediately. Please then delete the email and do not disclose its contents to any person.

---

General Email Disclaimer

The information contained in this electronic message and any attachments (the "Message") is intended for one or more specific individuals or entities and may be confidential, proprietary, privileged or otherwise protected by law. If you are not the intended recipient, please notify the sender immediately, delete this Message and do not disclose, distribute, or copy it to any third party or otherwise use this Message. Citigroup and its affiliates reserve the right to monitor, record and retain electronic messages.

Unless agreed to or confirmed in writing prior to and separately from a Message, no Message shall be construed as any (i) offer or invitation to any offer, or assumption of any obligation, by Citigroup or any of its affiliates, or (ii) commitment of, or binding on, Citigroup or any of its affiliates, to make any investment, financial or any other transaction.

This Message may include a description of a trade idea and/or trading strategy based on an assessment of current market conditions, which may change quickly. Derivative transactions, including swaps, give rise to substantial risk and are not suitable for all investors and/or market participants. In addition, any proposed transaction could have accounting, tax, legal or other implications. Prior to entering into any transaction, you should determine, without reliance on Citi, the economic risks or merits, as well as the legal, tax and accounting characteristics and consequences of the transaction and that you are able to assume these risks. There can be no assurance that any transaction or trading strategy discussed herein will not result in losses due to the unpredictability of markets, mistaken assumptions and/or other factors.

Electronic messages are not secure or error free and can contain viruses or may be delayed. You should take suitable measures to protect your personal information when using electronic conferencing applications/channels. Please make sure that your login credentials should be properly safeguarded and cannot be shared with any person. If you have any concerns on the identity of the callers/participants or aware of any irregularities, you should leave the conferencing application/channel immediately and contact us for assistance. The sender, Citigroup and its affiliates have no responsibility or liability for interception, alteration, unauthorized access and/or misuse of any information and for any resultant breach of confidentiality including due to any of the circumstances listed above, and further shall not be held responsible or liable for any error, or delays arising out of systems failures, disruptions, and other events or circumstances that are not within our control.

Citi specifically prohibits the redistribution of this Message in whole or in part without the prior written permission of Citi and Citi accepts no liability whatsoever for the actions of third parties in this respect.

Copyright © 2024 Citigroup Inc. and/or its affiliates. All rights reserved. CITI, CITI and Arc Design, CITIBANK and CITIGROUP are trademarks and service marks of Citigroup Inc. and/or its affiliates and are used and registered throughout the world.

Please go to https://www.citivelocity.com/cv-content-web/storage/disclaimer/eppublic/file/Consolidated-Markets-and-Securities-Services-Disclaimer.html for other important disclosures.

---

The information contained in this electronic message and any attachments (the "Message") is intended for one or more specific individuals or entities, and may be confidential, proprietary, or otherwise protected by law. If you are not the intended recipient, please notify the sender immediately, delete

this Message and do not disclose, distribute, or copy it to any third party or otherwise use this Message. Electronic messages are not secure or error free and can contain viruses or may be delayed, and the sender is not liable for any of these occurrences. The sender reserves the right to monitor, record, transfer cross border and retain electronic messages.

If the information contained in this communication, and in any related discussions, relates to IBOR transition, such information has been prepared by Citi solely as an informational service to and for the sole use of Citi clients to report on aspects of IBOR benchmark transitioning that may be of interest to them. The information is general and may not reflect recent developments and must not be considered as advice. We do not accept any obligation to you to update or correct this information. It is not, and should not be construed as, a recommendation to enter into any transaction, nor to seek to transition from IBOR benchmarks at / in any particular time, date or manner. Citi accepts no responsibility or liability to you with respect to the use of this communication, its contents, and/or any related discussions. You should review your portfolio of contracts referencing IBOR benchmarks, consider the remediation paths (and related timings/consents) and whether you require independent professional advice (whether legal, accountancy, tax or other advice) if you have specific questions or concerns about the matters addressed in this communication and/or any related discussions. Citi will support clients with their transition from IBOR benchmarks, but cannot comment on whether / when and / or how other clients may intend to transition from IBOR benchmarks: Citi respects the confidentiality of its clients.

**This email (including any attachments) is confidential and may be privileged. It may be read, copied and used only by the intended recipient. If you have received it in error, please contact the sender immediately. Please then delete the email and do not disclose its contents to any person.**

General Email Disclaimer

The information contained in this electronic message and any attachments (the "Message") is intended for one or more specific individuals or entities and may be confidential, proprietary, privileged or otherwise protected by law. If you are not the intended recipient, please notify the sender immediately, delete this Message and do not disclose, distribute, or copy it to any third party or otherwise use this Message. Citigroup and its affiliates reserve the right to monitor, record and retain electronic messages.

Unless agreed to or confirmed in writing prior to and separately from a Message, no Message shall be construed as any (i) offer or invitation to any offer, or assumption of any obligation, by Citigroup or any of its affiliates, or (ii) commitment of, or binding on, Citigroup or any of its affiliates, to make any investment, financial or any other transaction.

This Message may include a description of a trade idea and/or trading strategy based on an assessment of current market conditions, which may change quickly. Derivative transactions, including swaps, give rise to substantial risk and are not suitable for all investors and/or market participants. In addition, any proposed transaction could have accounting, tax, legal or other implications. Prior to entering into any transaction, you should determine, without reliance on Citi, the economic risks or merits, as well as the legal, tax and accounting characteristics and consequences of the transaction and that you are able to assume these risks. There can be no assurance that any transaction or trading strategy discussed herein will not result in losses due to the unpredictability of markets, mistaken assumptions and/or other factors.

Electronic messages are not secure or error free and can contain viruses or may be delayed. You should take suitable measures to protect your personal information when using electronic conferencing applications/channels. Please make sure that your login credentials should be properly safeguarded and cannot be shared with any person. If you have any concerns on the identity of the callers/participants or aware of any irregularities, you should leave the conferencing application/channel immediately and contact us for assistance. The sender, Citigroup and its affiliates have no responsibility or liability for interception, alteration, unauthorized access and/or misuse of any information and for any resultant breach of confidentiality including due to any of the circumstances listed above, and further shall not be held responsible or liable for any error, or delays arising out of systems failures, disruptions, and other events or circumstances that are not within our control.

Citi specifically prohibits the redistribution of this Message in whole or in part without the prior written permission of Citi and Citi accepts no liability whatsoever for the actions of third parties in this respect.

Copyright © 2024 Citigroup Inc. and/or its affiliates. All rights reserved. CITI, CITI and Arc Design, CITIBANK and CITIGROUP are trademarks and service marks of Citigroup Inc. and/or its affiliates and are used and registered throughout the world.

Please go to https://www.citivelocity.com/cv-content-web/storage/disclaimer/eppublic/file/Consolidated-Markets-and-Securities-Services-Disclaimer.html for other important disclosures.

The information contained in this electronic message and any attachments (the "Message") is intended for one or more specific individuals or entities, and may be confidential, proprietary, or otherwise protected by law. If you are not the intended recipient, please notify the sender immediately, delete this Message and do not disclose, distribute, or copy it to any third party or otherwise use this Message. Electronic messages are not secure or error free and can contain viruses or may be delayed, and the sender is not liable for any of these occurrences. The sender reserves the right to monitor, record, transfer cross border and retain electronic messages.

If the information contained in this communication, and in any related discussions, relates to IBOR transition, such information has been prepared by Citi solely as an informational service to and for the sole use of Citi clients to report on aspects of IBOR benchmark transitioning that may be of interest to them. The information is general and may not reflect recent developments and must not be considered as advice. We do not accept any obligation to you to update or correct this information. It is not, and should not be construed as, a recommendation to enter into any transaction, nor to seek to transition from IBOR benchmarks at / in any particular time, date or manner. Citi accepts no responsibility or liability to you with respect to the use of this communication, its contents, and/or any related discussions. You should review your portfolio of contracts referencing IBOR benchmarks, consider the remediation paths (and related timings/consents) and whether you require independent professional advice (whether legal, accountancy, tax or other advice) if you have specific questions or concerns about the matters addressed in this communication and/or any related discussions. Citi will support clients with their transition from IBOR benchmarks, but cannot comment on whether / when and / or how other clients may intend to transition from IBOR benchmarks: Citi respects the confidentiality of its clients.