# EXHIBIT G

WOLLMUTH MAHER & DEUTSCH LLP
Paul R. DeFilippo, Esq.
James N. Lawlor, Esq.
Ryan A. Kane, Esq.
500 Fifth Avenue, 12th Floor
New York, New York 10110
Tel: (212) 382-3300
Fax: (212) 382-0050
Email: pdefilippo@wmd-law.com
   jlawlor@wmd-law.com
   rkane@wmd-law.com

*Counsel to Cithara Global Multi-Strategy SPC - Bosideng Industry Investment Fund SP, Star Freight & Trading Co., Limited, and Mars Partner Limited.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| XINYUAN REAL ESTATE CO., LTD., | Case No.: 25-_____ (___) |
| Debtor. | |

**STAR FREIGHT & TRADING CO.'S CORPORATE DISCLOSURE STATEMENT**

## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Bankruptcy Procedure Rule 8012 and Federal Rule of Civil Procedure 7.1, counsel for Star Freight & Trading Co. ("Star") certifies that Star has no parent company and no publicly held corporation owns 10% or more of Star.

Dated: April 14, 2025

/s/ *Paul R. DeFilippo*
**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
James N. Lawlor, Esq.
Ryan A. Kane, Esq.
500 Fifth Avenue
New York, NY 10110
Telephone: (212) 382-3300
Facsimile: (973) 741-2398
Email: pdefilippo@wmd-law.com
       jlawlor@wmd-law.com
       rkane@wmd-law.com

*Counsel to Cithara Global Multi-Strategy SPC - Bosideng Industry Investment Fund SP, Star Freight & Trading Co., Limited, and Mars Partner Limited.*