**Presentment Date: June 16, 2025 at 12:00 p.m.**
**Objections Due: June 9, 2025 at 5:00 p.m.**
**Hearing on objections, if any: TBA**

WINDELS MARX LANE & MITTENDORF, LLP
*Attorneys for Xinyuan Real Estate Co., Ltd., Alleged Debtor*
156 West 56th Street
New York, New York 10019
Tel. (212) 237-1000 / Fax. (212) 262-1215
Attorneys appearing:   Alan Nisselson (anisselson@windelsmarx.com)
                       Leslie S. Barr (lbarr@windelsmarx.com)
                       Eloy Peral (eperal@windelsmarx.com)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>XINYUAN REAL ESTATE CO., LTD.,<br><br>Alleged Debtor. | Chapter 11<br><br>Case No. 25-10745-pb |

**NOTICE OF PRESENTMENT OF ORDER EXTENDING ALLEGED DEBTOR'S TIME TO ANSWER OR MOVE AGAINST THE INVOLUNTARY PETITION**

**PLEASE TAKE NOTICE** that:

1.   Upon the motion dated May 30, 2025 ("***Motion***") of Xinyuan Real Estate Co., Ltd., Alleged Debtor, for entry of an Order extending Xinyuan's time to file an answer or response to the involuntary petition to and through June 30, 2025, an additional 30 days from the date of the Motion, and granting related relief; and upon the supporting Affidavit of Sheng Zhang attached to the Motion as Exhibit "A", the proposed Order in the form attached to the Motion as Exhibit "B" will be presented to The Honorable Philip Bentley, United States Bankruptcy Judge, for signature on **June 16, 2025 at 12:00 p.m., prevailing Eastern time**.

2.   The Motion, Affidavit, and the proposed Order are available for inspection (a) at the Office of the Clerk of the Bankruptcy Court, (b) through the Internet at the Bankruptcy Court's web site www.nyeb.uscourts.gov (the "***Court's Website***") (a Pacer password is required to access documents on the Website), and (c) by requesting a copy from the undersigned attorneys.

3.   Objections to the proposed Order must be (a) filed with the Court by **June 9, 2025 at 5:00 p.m., prevailing Eastern time,** pursuant to the Court's Electronic filing procedures set

{12460536:1}

forth in General Order No. 559, which is available for review at the Court's Website, and (b) **served so as to be received by that date** upon: (i) Windels Marx Lane & Mittendorf, LLP, attorneys for the Trustee, 156 West 56th Street, New York, New York 10019, Attn: Leslie S. Barr, Esq., lbarr@windelsmarx.com, (ii) The Office of the U.S. Trustee, Southern District of New York, 201 Varick Street, Suite 1006, New York, New York 10014, Attn. Greg Zipes, Esq., Greg.Zipes@usdoj.gov, and (iii) the Bankruptcy Judge (a hard copy clearly marked "Chambers Copy" must be delivered to the Court to the attention of Chambers of The Honorable Philip Bentley, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004).

4. Unless a party timely files a written objection with the Bankruptcy Court as set forth above, with proof of service, there will not be a hearing and the proposed Order may be signed and entered. If a written objection is timely filed and served, a remote hearing may be scheduled and held before The Honorable Philip Bentley, United States Bankruptcy Judge, on a date and time to be announced.

5. The Court is not holding in-person hearings at this time. Any hearing will be conducted remotely via Zoom for Government unless the Court orders otherwise. Any person wishing to attend the remote hearing must register their appearance using the eCourt Appearance tool, which is available on the Court's Website, by 4:00 p.m. the business day before the hearing.

Dated: New York, New York  
       May 30, 2025

WINDELS MARX LANE & MITTENDORF, LLP  
*Attorneys for Xinyuan Real Estate Co., Ltd.,*  
*Alleged Debtor*

By:   */s/ Leslie S. Barr*  
      Alan Nisselson (anisselson@windelsmarx.com)  
      Leslie S. Barr (lbarr@windelsmarx.com)  
      Eloy Peral (eperal@windelsmarx.com)  
      156 West 56th Street  
      New York, New York 10019  
      Tel. (212) 237-1000 / Fax. (212) 262-1215