**WINDELS MARX LANE & MITTENDORF, LLP**
*Attorneys for Xinyuan Real Estate Co., Ltd., Alleged Debtor*
156 West 56th Street
New York, New York 10019
Tel. (212) 237-1000 / Fax. (212) 262-1215
Alan Nisselson (anisselson@windelsmarx.com)
Leslie S. Barr (lbarr@windelsmarx.com)
Eloy A. Peral (eperal@windelsmarx.com)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re<br><br>XINYUAN REAL ESTATE CO., LTD.,<br><br>            Debtor. | Chapter 11<br><br>Case No. 25-10745-pb |
|---|---|

**AFFIDAVIT OF SHENG ZHANG**
**IN SUPPORT OF ALLEGED DEBTOR'S MOTION**
**FOR AN ORDER EXTENDING ITS TIME TO ANSWER**
**OR MOVE AGAINST THE INVOLUNTARY PETITION**

**STATE OF NEW YORK        )**
                          **) S.S.:**
**COUNTY OF NEW YORK    )**

I, Sheng Zhang, affirm the following:

1. I am the Secretary of the Board for the alleged debtor, Xinyuan Real Estate Co., Ltd. ("*Xinyuan*" or the "*Alleged Debtor*"), and am familiar with this matter.

2. I respectfully submit this Affidavit in support of the motion dated May 30, 2025 (the "*Motion*") of Xinyuan seeking the entry of an Order extending the time to file an answer or response to the involuntary petition to and through June 30, 2025, an additional 30 days from the date of the Motion.

3. I make this Affidavit based upon my own personal knowledge or upon information that I believe to be true, including the facts set forth in the Motion.

{12448957:8}

4. All capitalized terms not defined herein have the meaning ascribed to them in the Motion.

5. Xinyuan is a publicly traded (listed on the New York Stock Exchange) foreign entity incorporated in the Cayman Islands on March 26, 2007 as an exempt company, and has no material operations of its own.[1] It is a holding company that conducts its real estate development business through subsidiaries (together with Xinyuan, the "*Company*") primarily through operating subsidiaries in the Peoples' Republic of China ("*China*").[2] Xinyuan's common shares are listed on the New York Stock Exchange in the form of American depository shares "*ADSs*").[3] Xinyuan's principal executive offices are located in Beijing, China and its registered addresses is located in Grand Cayman, Cayman Islands.[4] Most of Xinyuan's assets are located in the Peoples' Republic of China, and many of its directors and senior executive officers reside within China and some or all of the assets of those persons are located outside of the United States.

6. The Company's business model relies on acquiring unoccupied land in China primarily through auctions of government land and acquisitions of landowning entities.[5]

---

[1] *See* SEC Form 20-F of Xinyuan Real Estate Co., Ltd. for the fiscal year ended December 31, 2024 ("*Form 20-F*"), at 55. A copy of the Form 20-F is attached as **Exhibit 1**.

[2] *Id*.

[3] *Id*. at 2.

[4] *Id*. at 55.

[5] *Id*. at 97.

Revenues derive primarily from the sale of residential units.[6] In 2022, 2023, and 2024, the Company's revenue was $950.0 million, $805.0 million and 514.7 million, respectively.[7]

7.  According to its most recent Form 20-F, as of December 31, 2024, the Company had 109 projects, 104 of which were located in 20 different geographic markets in China.[8] The Company has made investments outside of China, including in Malaysia, the United Kingdom, and New York.[9]

8.  As of December 31, 2024, the Company had 16 projects under construction (all in China), initiated seven projects under planning (all but one in China), and completed 84 projects (all but two in China) comprising a total of 133,323 units since the inception of the Company, more than 98% of which have been sold.[10]

***The January 2024 Senior Secured Notes and the Petitioning Creditors' Claims***

9.  On January 25, 2021, the Company issued a collective aggregate principal amount of $270,000,000 of senior secured notes bearing interest at 14.0% per annum and maturing on January 25, 2024 (the "***January 2024 Senior Secured Notes***").[11] The Company had not made interest payments for the January 2024 Senior Secured Notes since July 25, 2022.[12] The Company has been negotiating with holders of the January 2024 Senior Secured Notes, including the Petitioning Creditors, to restructure the January 2024 Senior Secured Notes among other

---

[6] *Id*.

[7] *Id*. at 55.

[8] *Id*. at 57.

[9] *Id*. at 15 and 56.

[10] *Id*. at 55.

[11] *Id*. at 126.

[12] *Id*. at 128.

liabilities of the Company as further described below. On August 18, 2023, certain holders of the January 2024 Senior Secured Notes in the aggregate principal amount of $86.7 million exchanged their notes for the September 2027 Senior Secured Notes.[13] The Company's obligations under the indenture (the "2024 Indenture") governing the January 2024 Senior Secured Notes are guaranteed by the Alleged Debtor and certain wholly-owned subsidiaries and are secured by a pledge of the capital stock of the Alleged Debtor and certain wholly-owned subsidiaries.[14]

10. Based on the Petitioning Creditors' statement in support of the petition, the Petitioning Creditors contend that they hold claims in the aggregate amount of at least $65,800,000 arising from the January 2024 Senior Secured Notes,[15] and they acquired their notes on February 9, 2021, February 23, 2024, and April 19, 2024.[16]

*Restructuring Efforts and Negotiations*[17]

11. Since 2022 the Company has proactively attempted to resolve debts both from domestic and foreign institutions and have engaged Alvarez & Marsal Corporate Finance Limited to advise on certain debt matters.[18] As of December 31, 2023, the Company has accumulatively completed debt restructurings amounting to $880.6 million, including the

---

[13] *Id.* at 126, 128.

[14] *Id*. at 126.

[15] *See Statement of Petitioning Creditors in Support of Involuntary Chapter 11 Petition Against Xinyuan Real Estate Co., Ltd*., ECF No. 1, ¶¶ 15-17.

[16] *Id*.

[17] Unless otherwise noted, the background and statements below regarding the Alleged Debtor's restructuring in the Cayman Islands are found in the Form 6-K dated May 27, 2025, a copy of which is attached hereto as **Exhibit 2**.

[18] *Id*. at 14.

rollover of the onshore corporate bonds issued by the Alleged Debtor, and an exchange offer of the January 2024 Senior Secured Notes completed in August 2023.[19]

12. Currently, the Alleged Debtor is pursuing a debt restructuring that will be implemented through a scheme of arrangement to be filed pursuant to section 86 of the Cayman Islands Companies Act (2025 Revision), which would restructure the January 2024 Senior Secured Notes among other series of notes (collectively, the "*Scheme Notes*").[20] The total amount due under the Scheme Notes that would be subject to a scheme of arrangement is approximately $601,184,320. Based on the Petitioning Creditors' statement in support of the petition, the amount held by the Petitioning Creditors is approximately 10% of the debt due under the Scheme Notes.

13. The proposed restructuring will be comprised of an offshore debt restructuring by way of a scheme of arrangement under the laws of the Cayman Islands. The Alleged Debtor expects to file a scheme of arrangement with the Cayman court sometime in June 2025. The scheme of arrangement will restructure the Alleged Debtor's debt, enhance financial certainty and transparency, unlock long-term value for stakeholders, and strategically realign its business structure.

14. Holders of approximately 25% of the aggregate principal amount of the Scheme Notes have signed a Restructuring Support Agreement (the "*RSA*"), which will form the basis for a scheme of arrangement. The Company expects to obtain an additional 30% very soon and eventually the 75% threshold required for approval of a scheme of arrangement in the Cayman Islands.

---

[19] *Id.*

[20] These also include 14.5% senior notes due 2023, 14.2% senior notes due 2023, and the 3.0% senior notes due 2027 which were a product of the exchange offer for the January 2024 Senior Secured Notes completed in August 2023.

*Post-Petition Events*

15.     With knowledge of the restructuring efforts described above, on April 14, 2025 (the "***Petition Date***"), Cithara Global Multi-Strategy SPC - Bosideng Industry Investment Fund SP, Mars Partner Limited, and Star Freight & Trading Co., Limited (the "***Petitioning Creditors***") filed an involuntary petition for relief under chapter 11 of the Bankruptcy Code against Xinyuan.

16.     The Petitioning Creditors filed the Involuntary Petition while the Company was in direct negotiations with them and other bondholders regarding a RSA.  The Alleged Debtor's stock price immediately dropped by over 37%, falling from $2.60 to a closing price of $1.62 on April 15 (the day after the Petition Date).  As a result of this significant decline, the NYSE halted trading of the Alleged Debtor's stock for three days.  Under NYSE's continuing listing standards, a company is required to maintain a minimum market capitalization of USD $15 million.  If another stock price decline is caused by this proceeding, the Company risks failing NYSEs continuing listing requirement and can be in imminent risk of being delisted.  Once delisted, the Company will suffer irreparable harm.

17.     Xinyuan has not been properly served with the summons and involuntary petition.  On April 17, 2025, the Petitioning Creditors filed an affidavit of service asserting that on April 15, 2025, the Summons and Involuntary Petition were served upon Xinyuan c/o CT Corporation System.  CT Corporation System, however, is not Xinyuan's authorized agent for service of process.  Notwithstanding that as of this date Xinyuan has not been properly served with the Summons and involuntary petition, Xinyuan stipulated to acknowledge that service.

18.     Xinyuan, a foreign corporation, requires additional time to consummate the Cayman Islands restructuring and resolve its differences with the Petitioning Creditors or to adequately answer or respond to the involuntary petition.  Since May 7, 2025, the Court "So Ordered" two

12448957:8}

6

stipulations between Xinyuan and the Petitioning Creditors extending from May 6, 2025 through May 30, 2025 Xinyuan's time to answer or respond to the involuntary petition (Doc. 9), which was not enough time for Xinyuan to complete its Cayman Islands restructuring or for the parties to resolve their differences.

19. Through counsel, Xinyuan has asked the Petitioning Creditors to agree to an extension of time, but the Petitioning Creditors have refused to extend the time for a period that in Xinyuan's view would be sufficient to consummate the Cayman Islands restructuring and reach a resolution involving the Petitioning Creditors' claims. In sum, I respectfully submit that cause exists to extend Xinyuan's time to answer or respond to the involuntary petition for an additional 30 days from the date of the Motion.

_____
Sheng Zhang
Secretary of the Board
Xinyuan Real Estate Co., Ltd.

Sworn and subscribed to before me on this
30th day of May 2025

/s/ _____
Notary Public, State of New York

JAMES ZHU
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ZH6340932
Qualified in Queens County
Commission Expires April 25, 20_28_

12448957:8}

7