WOLLMUTH MAHER & DEUTSCH LLP
Paul R. DeFilippo
James N. Lawlor
Ryan A. Kane
Nicholas A. Servider
500 Fifth Avenue, 12th Floor
New York, New York 10110
Tel: (212) 382-3300
Fax: (212) 382-0050
Email: pdefilippo@wmd-law.com
    jlawlor@wmd-law.com
    rkane@wmd-law.com
    nservider@wmd-law.com

*Counsel for Cithara Global Multi-Strategy SPC - Bosideng Industry Investment Fund SP, Star Freight & Trading Co., Limited, and Mars Partner Limited.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| XINYUAN REAL ESTATE CO., LTD., | Case No.:  25-10745-pb |
| Debtor. | |

**DECLARATION OF PAUL R. DeFILIPPO IN SUPPORT OF
THE PETITIONING CREDITORS' OBJECTION TO THE
MOTION OF THE DEBTOR FOR AN ORDER EXTENDING ITS
TIME TO ANSWER OR MOVE AGAINST THE INVOLUNTARY PETITION**

I, Paul R. DeFilippo, hereby declare under penalty of perjury as follows:

1.    I am a partner with the law firm of Wollmuth Maher & Deutsch LLP, 500 Fifth

Avenue, New York, New York 10110, representing Cithara Global Multi-Strategy SPC -

Bosideng Industry Investment Fund SP, Star Freight & Trading Co., Limited, and Mars Partner

Limited (collectively, the "Petitioning Creditors"), in the above-referenced matter.

2.      I make this Declaration in support of the *Petitioning Creditors' Objection to the
Motion of the Alleged Debtor for an Order Extending Its Time to Answer or Move Against the
Involuntary Petition* (the "Objection") filed contemporaneously herewith.

3.      Attached as **Exhibit 1** is a true and correct copy of the Form 6-K filed by Xinyuan
Real Estate Co., Ltd. on April 21, 2025.

4.      Attached as **Exhibit 2** is a true and correct copy of the indenture governing the
14.0% senior notes due 2024, dated January 25, 2021.

5.      Attached as **Exhibit 3** is a true and correct copy of excerpts from the publicly
available offering circular for the 14.0% senior notes due 2024, dated January 18, 2021.[1]

6.      Attached as **Exhibit 4** is a true and correct copy of a press release filed by Xinyuan
Real Estate Co., Ltd. on January 25, 2021.

7.      Attached as **Exhibit 5** is a true and correct copy of excerpts from the publicly
available supplemental offering circular for the 14.0% senior notes due 2024, dated February 3,
2021

8.      Attached as **Exhibit 6** is a true and correct copy of excerpts from the Form 20-F
filed by Xinyuan Real Estate Co., Ltd. on April 29, 2025.

9.      Attached as **Exhibit 7** is a true and correct copy of an email from Paul R. DeFilippo,
dated June 5, 2025. Counsel for the Petitioning Creditors followed up orally with counsel for the
Alleged Debtor but did not receive a copy of the unredacted RSA nor did counsel for the Alleged
Debtor explain why the Petitioning Creditors were not entitled to a copy of the unredacted RSA.

10.     Attached as **Exhibit 8** is a true and correct copy of an email from Leslie S. Barr,
dated June 5, 2025.

---

[1] We have attached the relevant excerpts from certain voluminous exhibits. We will provide the Court complete copies
of excerpted exhibits upon request.

11.     Attached as **Exhibit 9** is a true and correct copy of excerpts from the publicly available offering circular for the 14.5% senior notes due 2023 dated September 10, 2020.

12.     Attached as **Exhibit 10** is a true and correct copy of the publicly available supplemental indenture governing the 3.0% senior notes due 2027 dated April 29, 2024.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  June 9, 2025                                       _/s/ Paul R. DeFilippo_____
        New York, New York                       Paul R. DeFilippo