**Adjourned Hearing Date and Time: October 14, 2025 at 11:00 a.m. (prevailing Eastern time)**

**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
Tel. (212) 237-1000
Alan Nisselson (anisselson@windelsmarx.com)
Eloy Peral (eperal@windelsmarx.com)

*Attorneys for Xinyuan Real Estate Co., Ltd., Alleged Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re | |
|---|---|
| XINYUAN REAL ESTATE CO., LTD., | Chapter 11 |
| Alleged Debtor. | Case No. 25-10745-pb |

**NOTICE OF ADJOURNMENT OF
HEARING ON MOTION OF ALLEGED
DEBTOR FOR AN ORDER EXTENDING ITS TIME TO
ANSWER OR MOVE AGAINST THE INVOLUNTARY PETITION**

**PLEASE TAKE NOTICE** that a hearing (the "*Hearing*") on the *Motion Of Alleged Debtor For An Order Extending Its Time To Answer Or Move Against The Involuntary Petition* (the "*Motion*") [ECF No. 15] scheduled for September 9, 2025 at 2:00 p.m. (prevailing eastern time) before The Honorable Philip Bentley, United States Bankruptcy Judge, using the Zoom for Government® videoconference platform has been adjourned to **October 14, 2025 at 11:00 a.m. (prevailing eastern).**

**PLEASE TAKE FURTHER NOTICE** that parties and counsel wishing to participate in the Hearing using Zoom for Government®, whether making a "live" or "listen only" appearance before the Court, must register their appearance utilizing the eCourt Appearances portal located on the Court's website (https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl) **by no later than 4:00 p.m. on the business day before the Hearing**. For more information, parties and

{12501382:1}  1

counsel are referred to the two tabs on Bankruptcy Judge Bentley's Chambers page on the Court's Website (https://www.nysb.uscourts.gov/content/judge-philip-bentley) labeled: "Zoom Hearings" and "eCourtAppearances." Click on the eCourtAppearances tab to make your appearance for the Hearing.

Dated:  New York, New York  
   September 8, 2025

WINDELS MARX LANE & MITTENDORF, LLP  
*Attorneys for Xinyuan Real Estate Co., Ltd.,*  
*Alleged Debtor*

By:   /s/ *Eloy A. Peral*_____  
   Alan Nisselson, Esq.  
   Eloy Peral, Esq.  
   156 West 56th Street  
   New York, New York 10019  
   Tel. (212) 237-1000 / Fax. (212) 262-1215  
   Email: anisselson@windelsmarx.com  
      eperal@windelsmarx.com