**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>XINYUAN REAL ESTATE CO., LTD.,<br><br>Alleged Debtor. | Chapter 11<br><br>Case No.: 25-10745-pb |

**SIXTH STIPULATION EXTENDING**
**ALLEGED DEBTOR'S TIME TO RESPOND TO PETITION**

**WHEREAS**, Cithara Global Multi-Strategy SPC - Bosideng Industry Investment Fund SP, Star Freight & Trading Co., Limited, and Mars Partner Limited (the "Petitioning Creditors"), filed an involuntary petition against Xinyuan Real Estate Co., Ltd. (the "Alleged Debtor," and together with the Petitioning Creditors, the "Parties") on April 14, 2025 [Dkt. 1] (the "Petition") and the summons was issued on April 15, 2025 [Dkt. 2] (the "Summons");

**WHEREAS**, on May 7, 2025 this Court so ordered a stipulation executed by the Parties extending the time for the Alleged Debtor to answer, move, or otherwise respond to the Petition to and including May 16, 2025 [Dkt. 9];

**WHEREAS**, on May 15, 2025, this Court so ordered a stipulation (the "Second Extension Stipulation") extending the time for the Alleged Debtor to answer, move, or otherwise respond to the Petition to and including May 30, 2025 [Dkt. 12];

**WHEREAS**, in the Second Extension Stipulation the Alleged Debtor accepted and acknowledged proper service of the Petition and Summons and waived any defense related to the propriety of service of process of the Petition and Summons, while reserving all other rights, claims, and defenses;

{12514692:1}

**WHEREAS**, on May 30, 2025 the Alleged Debtor filed a motion on notice of presentment for entry of an Order extending the time to file an answer or response to the Petition to June 30, 2025 (the "Extension Motion") [Dkt. 15], on June 9, 2025 the Petitioning Creditors filed an objection to the Extension Motion [Dkt. 17], and on July 10, 2025 the Alleged Debtor filed a reply [Dkt. 20];

**WHEREAS**, the Court initially scheduled a hearing for July 15, 2025 to consider the Extension Motion;

**WHEREAS**, on July 14, 2025 the Parties entered into a stipulation further extending the time for the Alleged Debtor to answer, move, or otherwise respond to the Petition to and including August 12, 2025, which was so ordered by the Court on August 8, 2025 and [Dkt. 23];

**WHEREAS**, on August 12, 2025 this Court so ordered a stipulation between the Parties further extending the time for the Alleged Debtor to answer, move, or otherwise respond to the Petition to and including September 9, 2025 and a [Dkt. 25]; and

**WHEREAS**, on September 8, 2025 this Court so ordered a stipulation between the Parties further extending the time for the Alleged Debtor to answer, move, or otherwise respond to the Petition to and including October 14, 2025 and a [Dkt. 28].

**NOW, THEREFORE, IT IS HEREBY AGREED**, by and between the undersigned, that:

1. The recitals are incorporated herein by reference.

2. The time for Alleged Debtor to answer, move, or otherwise respond to the Petition is hereby extended to and including November 20, 2025, without prejudice to further extensions of such time.

3. The hearing on the Extension Motion shall be adjourned to November 20, 2025 at 2:00 p.m. EST.

4. This stipulation may be executed in counterparts and when taken together shall constitute one original document, and any signatures transmitted via facsimile or other electronic means may be deemed an original.

**ACKNOWLEDGED AND AGREED:**

WOLLMUTH MAHER & DEUTSCH LLP
*Attorneys for Petitioning Creditors*

By:   */s/ Ryan A. Kane*
      Paul R. DeFilippo, Esq.
      James N. Lawlor, Esq.
      Ryan A. Kane, Esq.
      500 Fifth Avenue
      New York, New York 10110
      Telephone: (212) 382-3300
      Facsimile: (212) 382-0050
      Email: pdefilippo@wmd-law.com
             jlawlor@wmd-law.com
             rkane@wmd-law.com

WINDELS MARX LANE & MITTENDORF, LLP
*Attorneys for Xinyuan Real Estate Co., Ltd.*

By:   */s/ Eloy A. Peral*
      Alan Nisselson, Esq.
      Eloy A. Peral, Esq.
      156 West 56th Street
      New York, New York 10019
      Tel. (212) 237-1000 / Fax: (212) 262-1215
      Email: anisselson@windelsmarx.com
             eperal@windelsmarx.com

**SO ORDERED**: 10/10/2025

/s/ Philip Bentley
**Hon. Philip Bentley
United States Bankruptcy Judge**