**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>XINYUAN REAL ESTATE CO., LTD.,<br><br>Alleged Debtor. | Chapter 11<br><br>Case No.: 25-10745-pb |

**ORDER DENYING EXTENSION OF TIME FOR ALLEGED DEBTOR**
**TO ANSWER OR MOVE AGAINST THE INVOLUNTARY PETITION**

**UPON** the motion, dated May 30, 2025 (the "Motion"), of Xinyuan Real Estate Co., Ltd. (the "Alleged Debtor") for an order further extending its time to file an answer or other response to the involuntary petition dated April 14, 2025 [Dkt. 1] (the "Involuntary Petition"); and a hearing having been held on November 20, 2025; and, after due deliberation and for reasons stated on the record of the November 20, 2025 hearing, the Court having concluded that the Alleged Debtor has not established sufficient cause for an extension beyond November 26, 2025;

**NOW, THEREFORE** it is hereby

**ORDERED,** that the Alleged Debtor's Motion is denied to the extent set forth herein; and it is further

**ORDERED,** that Alleged Debtor's deadline to file and serve an answer or other response to the Involuntary Petition as required by Rule 1011 of the Federal Rules of Bankruptcy Procedure is November 26, 2025; and it is further

**ORDERED,** that as stated on the record of the November 20, 2025 hearing, the Alleged Debtor shall not seek any further extensions of its time to file an answer or response to the Involuntary Petition unless the petitioning creditors consent to such an extension; and it is further

**ORDERED,** that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: November 29, 2025
      New York, New York

                                               <u>/s/ Philip Bentley</u>
                                               Honorable Philip Bentley
                                               United States Bankruptcy Judge