**\*\*\*Memorandum-Endorsed Order on Next Page\*\*\***



windelsmarx.com

**Eloy A. Peral**
**212.237.1071**                                    **156 West 56th Street | New York, NY 10019**
eperal@windelsmarx.com                        **T. 212.237.1000 | F. 212.262.1215**

May 11, 2026

**<u>Via Email</u>**
Honorable Philip Bentley
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
Courtroom: 601
New York, NY 10004-1408
pb.chambers@nysb.uscourts.gov

Re:     ***<u>In re: Xinyuan Real Estate Co., Ltd.</u>*, Case No. 25-10745-pb**

Dear Judge Bentley:

As the Court is aware, we represent the alleged debtor (the "<u>Alleged Debtor</u>") in the above-referenced Chapter 11 case. Pursuant to the Court's scheduling order dated March 27, 2026 (ECF No. 47), we write jointly with the petitioning creditors seeking a modification of the briefing schedule and related dates in this matter given that the hearing was rescheduled to June 18, 2026.

The parties have conferred and propose the following modifications to the present briefing schedule:

- Pre-Hearing Opening Briefs, which are presently due on <u>May 27, 2026</u>, shall now be due on **June 3, 2026**; and
- Pre-Hearing Reply Briefs, which are presently due on <u>June 2, 2026</u>, shall now be due on **June 11, 2026**.

The parties have separately negotiated extensions of time to complete the various other open discovery matters, for which judicial approval is not believed to required per the scheduling order, but given those adjourned dates also necessitate the extension reflected above, we are providing them for the Court's benefit as well. Specifically, the parties agreed to the following modifications to the discovery  schedule:

- Affirmative Expert Reports, which are presently due <u>May 11, 2026</u>, shall now be due on <u>May 14, 2026</u>; and
- Rebuttal Expert Reports, which are presently due <u>May 18, 2026</u>, shall now be due on <u>May 26, 2026</u>; and

- The Fact and Expert Discovery Cutoff (Including Depositions), which is presently <u>May 22, 2026</u> shall now be <u>May 29, 2026</u>.

We thank the Court for its continued attention to this matter.

Respectfully submitted,

*/s/ Eloy A. Peral*

Eloy A. Peral

cc:    All Counsel

***Memorandum-Endorsed Order***

The briefing schedule is hereby revised to reflect the dates herein.

**SO ORDERED**

Dated: New York, New York
     May 11, 2026

/s/ *Philip Bentley*
_____

Hon. Philip Bentley
United States Bankruptcy Judge