## ***Memorandum-Endorsed Order on Next Page***



windelsmarx.com

**Eloy A. Peral**
**212.237.1071**
eperal@windelsmarx.com

**156 West 56th Street | New York, NY 10019**
**T. 212.237.1000 | F. 212.262.1215**

May 29, 2026

**Via Email**
Honorable Philip Bentley
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
Courtroom: 601
New York, NY 10004-1408
pb.chambers@nysb.uscourts.gov

Re:    *In re: Xinyuan Real Estate Co., Ltd.*, Case No. 25-10745-pb

Dear Judge Bentley:

As the Court is aware, we represent the alleged debtor (the "Alleged Debtor") in the above-referenced Chapter 11 case. Pursuant to the Court's scheduling order dated March 27, 2026 (ECF No. 47) as modified by order dated May 12, 2026 (ECF No. 54), we write jointly with the petitioning creditors seeking a modification of the briefing schedule and related dates in this matter due to deposition scheduling issues.

The parties have substantially completed document discovery, and have served their affirmative expert report and rebuttal expert report according to the previously ordered schedule. Concurrently, the scheduling of depositions has been complicated by logistical and scheduling challenges, as most of the witnesses are located in Hong Kong or the People's Republic of China. The parties are close to resolving these issues, and expect to be able to complete the depositions by the end of next week. Given the modest delay of one week in completing the depositions, and the potential need to address deposition testimony in the pre-hearing briefs, the parties respectfully request a slight modification to the remaining dates in the schedule.  The parties have conferred and propose the following modifications:

- The Fact Discovery Cutoff (Including Depositions), which is presently May 29, 2026 shall now be **June 5, 2026**.
- Pre-Hearing Opening Briefs, which are presently due on June 3, 2026, shall now be due on **June 11, 2026**; and
- Pre-Hearing Reply Briefs, which are presently due on June 11, 2026, shall now be due on **June 18, 2026**.

- The Hearing currently scheduled for <u>June 18, 2026</u> shall be rescheduled for a date the week beginning June 22. Counsel for all parties are available on June 23, 24 or 25 if the Court is available on any of those dates.

We thank the Court for its continued attention to this matter.

Respectfully submitted,

*/s/ Eloy A. Peral*

Eloy A. Peral

cc:     All Counsel

**\*\*\*Memorandum-Endorsed Order\*\*\***

The parties' proposed scheduling modifications are GRANTED, and the June 18, 2026 hearing is hereby adjourned to 10 a.m. on June 25, 2026.

**SO ORDERED**

Dated: New York, New York
       June 1, 2026

/s/ *Philip Bentley*

Hon. Philip Bentley
U.S. Bankruptcy Judge