

windelsmarx.com

**Eloy A. Peral**
**212.237.1071**
**eperal@windelsmarx.com**

**156 West 56th Street | New York, NY 10019**
**T. 212.237.1000 | F. 212.262.1215**

June 9, 2026

**Via Email**
Honorable Philip Bentley
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
Courtroom: 601
New York, NY 10004-1408
pb.chambers@nysb.uscourts.gov

**Re:**   ***In re: Xinyuan Real Estate Co., Ltd.*, Case No. 25-10745-pb**

Dear Judge Bentley:

We represent the alleged debtor ("Alleged Debtor") in the above-referenced Chapter 11 case. We write to request a slight modification to the briefing schedule to afford Alleged Debtor and its counsel adequate time to prepare and file its reply brief.

The current schedule, as modified in response to Petitioning Creditors' June 5 letter, provides that Petitioning Creditors will file their opening brief on June 15, and requires Alleged Debtor to file its reply brief a mere three days later, on June 18. ECF 58. This three-day period is inadequate for Alleged Debtor and its counsel to review and digest Petitioning Creditors' brief, prepare a responsive brief, and assemble any necessary exhibits. As Petitioning Creditors' June 5 letter requested a conference on its requested relief, we expected to explain this scheduling issue at the conference. While it is unfortunate that Mr. Zhang's medical episode has inconvenienced the parties, we have acted in good faith throughout this process, notifying opposing counsel immediately of every development as soon as we learn about it from our client. Imposing this pinch point on the Alleged Debtor and its counsel at the near end of the process amounts to a punitive measure that we believe is unwarranted under the circumstances.

Our request is modest—to extend the deadline for Alleged Debtor's reply brief from June 18 to June 22, restoring the 7-day window to respond to Petitioning Creditors' brief contemplated in the original schedule. *see* ECF 56, and on par with Petitioning Creditors' time to respond to Alleged Debtor's opening brief. The grant of this relief would allow two full days between the filing of the last brief and the June 25th hearing.

Respectfully submitted,

*/s/ Eloy A. Peral*

Eloy A. Peral

cc:    All Counsel