**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re:                                                    )        Chapter 11
                                                          )
    Xinyuan Real Estate Co., Ltd                       )        Case No. 25-10745 (PB)
                                                          )
                                                  Debtor. )

-------------------------------------------------------------x

## ORDER SCHEDULING PRETRIAL CONFERENCE

**WHEREAS**, Cithara Global Multi-Strategy SPC - Bosideng Industry Investment Fund SP, Star Freight & Trading Co., Limited, and Mars Partner Limited (the "Petitioning Creditors"), filed an involuntary petition against Xinyuan Real Estate Co., Ltd. (the "Alleged Debtor") on April 14, 2025 [ECF No. 1] (the "Petition");

**WHEREAS**, on March 17, 2026, the Alleged Debtor filed an answer to the Petition (ECF No. 46];

**WHEREAS**, a trial on the Alleged Debtor's objections to the Petition is scheduled to commence at 10:00 a.m. on June 25, 2026;

**NOW, THEREFORE, IT IS HEREBY**

**ORDERED**, that a final pretrial conference will be held via Zoom on **June 19, 2026, or alternatively on June 22, 2026**, at a time to be determined subject to counsel's availability; and it is further

**ORDERED**, that the parties shall submit a Joint Pretrial Order, conforming to the form of pretrial order linked to the Court's chambers rules, by no later than noon **one business day before the pretrial conference**; and it is further

2

**ORDERED**, that the Joint Pretrial Order shall supersede the procedures for evidentiary hearings on contested matters set forth in the Court's chambers rules.

Signed: New York, New York
      June 12, 2026

/s/ *Philip Bentley*
Honorable Philip Bentley
United States Bankruptcy Judge